IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH BOYKINS, et al | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO.   11-6126 |
| CLBW ASSOCIATES, et al | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of December, 2013, upon consideration of the Motions by Defendants Gulph Creek Partners, L.P. and Gulph Creek Associates, Inc. (Docket Nos. 34, 35, 36, 37), the Response of Plaintiffs Ralph Boykins, Michael Fuller, Gloria Holland, and Denise Taliaferro (Docket No. 41), and Defendants' Reply Briefs (Docket Nos. 42, 43, 44, 45), it is hereby **ORDERED** that the Motions are **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendants Gulph Creek Partners, L.P. and Gulph Creek Associates, Inc. and against Plaintiffs Ralph Boykins, Michael Fuller, Gloria Holland, and Denise Taliaferro.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.